# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

Eastern District of Kentucky
FILED

SEP 2 9 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INFORMATION NO. 5:25-cr-118-KKC
18 U.S.C. § 111(a) and (b)

BRIAN KEITH HELM

\*    \*    \*    \*    \*

**THE UNITED STATES ATTORNEY CHARGES:**

On or about June 12, 2025, in Fayette County, in the Eastern District of Kentucky,

**BRIAN KEITH HELM**

did voluntarily and intentionally forcibly assault, resist, oppose and interfere with R.F., a

Veterans Administration Police Officer, causing him bodily injury, while R.F. was

engaged in the performance of his official duties, all in violation of 18 U.S.C. § 111(a)

and (b).

**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**If physical contact:** Not more than 8 years imprisonment, $250,000 fine, and not more than 3 years supervised release.

**Inflicts bodily injury:** Not more than 20 years imprisonment, $250,000 fine, and not more than 3 years supervised release.

**PLUS:**       Mandatory special assessment of $100.

**PLUS:**       Restitution, if applicable.

**PLUS:**       Forfeiture of listed items, if applicable.